Exhibit 2

US7791741B2

Priority Date: 4/8/2005

Expiration Date: 9/7/2018 (fee).

EOU: March 2016

https://web.archive.org/web/20160204104205/https://www.syncplicity.com/



https://web.archive.org/web/20160325134123/https://www.syncplicity.com/features/products-in-action/



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

| | |
|---|---|
| 1. A method for synchronizing a second process to a first process, wherein state data regarding input to and output of a model of the first process is available to the second process after a delay period, the method comprising: | The accused product, Syncplicity by Axway, provides a method for synchronizing a second process (e.g., a Syncplicity by Axway process, such as a desktop app or a mobile app on a device that has been offline) to a first process (e.g., the Syncplicity by Axway process on the Syncplicity by Axway cloud server) wherein state data (e.g., state information of files in the Syncplicity by Axway folder) regarding input to and output of a model of the first process (e.g., any changes made by the other devices to the files in the folder in the cloud – input, and the changes that need to be synced with the offline device – output) is available to the second process after a delay period (e.g., offline period). |



https://web.archive.org/web/20160325134123/https://www.syncplicity.com/products-in-action/



https://web.archive.org/web/20160204104205/https://www.syncplicity.com/



https://web.archive.org/web/20160204104205/https://www.syncplicity.com/



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

| | |
|---|---|
| beginning a data collection period; | The accused product provides a method of beginning a data collection period (e.g., when the offline device is online again, Syncplicity by Axway begins a data collection period to compare what changed on the server with what changed to the files on the offline device, and then continuing to compare information until the offline device is in-sync with what the server deems to be correct at that time) |



## Sharing & Collaboration

- Share any folder to users or groups
- Share internally or externally with ease
- Share folders with "read only" or "editor" permissions to protect files from unwanted updates
- Automatic push sync of content changes to all users and all devices
- Send large files via Secure Shared Links
- Shared link download monitoring and tracking
- Follow files and folders to get notifications of changes
- Collaborate efficiently via Syncplicity Insights™
- Never miss a beat without file size or bandwidth limits
- Embed Rights Management controls into files shared through shared links
- Remote control of file level policies using Rights Management for enforcing digital clawback

https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

| receiving delayed state data points regarding the input to and output of the model by a controller of the second process; | The accused product provides a method of receiving delayed state data points (any changes made to the files during the offline period) regarding the input (e.g., state information of all of the files to be synced including new files, deleting files, and updated files from the server) and output of the model (e.g., state information of files that were changed on the offline device during the offline period) by a controller (e.g., the Syncplicity by Axway client) of the second process (e.g., the previous offline device) |



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

| storing the delayed state data points received during the data collection period; | The accused product provides a method of storing the delayed state data points received during the data collection period (e.g., data points received during data collection is stored on both the previously offline device and the server as appropriate to bring things "in sync". This can be inferred by the evidence that the content updates are automatically pushed/synced while changes are made by any device in any state, thus state can be offline/ online.) |
|---|---|



# Sharing & Collaboration

- Share any folder to users or groups
- Share internally or externally with ease
- Share folders with "read only" or "editor" permissions to protect files from unwanted updates
- Automatic push sync of content changes to all users and all devices
- Send large files via Secure Shared Links
- Shared link download monitoring and tracking
- Follow files and folders to get notifications of changes
- Collaborate efficiently via Syncplicity Insights™
- Never miss a beat without file size or bandwidth limits
- Embed Rights Management controls into files shared through shared links
- Remote control of file level policies using Rights Management for enforcing digital clawback

https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

| ending the data collection period after receiving and storing delayed state data that represents the state of the input to and output of the model at a point in time after the beginning of the data collection period; | The accused product provides a method of ending the data collection period after receiving and storing delayed state data that represents the state of the input to and output of the model at a point in time after the beginning of the data collection period (e.g., the system ends data collection when files on the previously offline device and the server are "in sync".  e.g., if some changes to the files are made after the offline device is online again, these changes would automatically be updated on the device and the server, data collection period is for gathering changes made offline.) |



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

| determining a current state of the model of the process based on at least some of the stored state data points and predetermined information regarding a behavior of the state of the model; and | The accused product provides a method of determining a current state of the model of the process based on at least some of the stored state data points and predetermined information regarding a behavior of the state of the model (e.g., the system monitors current state of syncing based on data points in that it knows what needs to be done (the changes that need to be made on both server and device) to sync. |



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



## Mobility

- Beautifully designed native apps for major platforms (see Products in Action)
- Access any file on mobile devices without dragging-and-dropping
- Open and view common document types
- Edit Microsoft Office and annotate PDFs without leaving the secure container
- Deliver Microsoft PowerPoint presentations with transitions and animations directly from your mobile device
- Securely share files from mobile devices
- "Favorite" files to automatically push content updates to devices for offline access
- Receive file change notifications as favorite files change
- Mobile Access (iPad only) to business files on SharePoint and network shares with Syncplicity Panorama

[https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users](https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users)



https://web.archive.org/web/20160325134123/https://www.syncplicity.com/features/products-in-action/



https://web.archive.org/web/20160204104205/https://www.syncplicity.com/



https://web.archive.org/web/20160204104205/https://www.syncplicity.com/



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users

| | |
|---|---|
| setting a current state of the second process according to the determined current state of the model, thereby synchronizing the second process to the first process. | The accused product provides a method of setting a current state of the second process according to the determined current state of the model, thereby synchronizing the second process to the first process (e.g., the previously offline device is synced with Syncplicity by Axway server). |



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



## Mobility

- Beautifully designed native apps for major platforms (see Products in Action)
- Access any file on mobile devices without dragging-and-dropping
- Open and view common document types
- Edit Microsoft Office and annotate PDFs without leaving the secure container
- Deliver Microsoft PowerPoint presentations with transitions and animations directly from your mobile device
- Securely share files from mobile devices
- "Favorite" files to automatically push content updates to devices for offline access
- Receive file change notifications as favorite files change
- Mobile Access (iPad only) to business files on SharePoint and network shares with Syncplicity Panorama

https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users



https://web.archive.org/web/20160325134123/https://www.syncplicity.com/features/products-in-action/



https://web.archive.org/web/20160204104205/https://www.syncplicity.com/



https://web.archive.org/web/20160204104205/https://www.syncplicity.com/



https://web.archive.org/web/20160326173401/https://www.syncplicity.com/features#for_users